UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHAEL SMITH, as next friend and
Mother of SABASTION TOWLER,
ETHAN TOWLER, and JESSIE TOWLER,
And CHARLIE NELMS, as next friend and
Mother of NOAH TOWLER-NELMS and     CIV 15-1004 KG/LAM
SHERRIE TOWLER, individually, and
as Personal Representative of the Estate
of CODY TOWLER, Deceased,

    Plaintiffs,

vs.

CITY OF ROSWELL, a New Mexico
Municipality, PHILLIP SMITH,
JONATHON KELTON, JORGE ARROYO-
JAIME, and DYLAN THOMAS, Individually
And as agents and employees of the
City of Roswell,

    Defendants.

### AGREED ORDER GRANTING
### STIPULATED MOTION FOR EXTENSION OF PAGE LIMITS ON PLAINTIFFS' RESPONSE BRIEF TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND/OR MOTION FOR SUMMARY JUDGMENT ON THE GROUNDS OF QUALIFIED IMMUNITY AND PROTECTIONS AFFORDED UNDER THE NEW MEXICO TORTS CLAIMS ACT

**THIS MATTER** having come before the Court on the parties' Motion for Extension of Page Limits on Plaintiffs' Response Brief to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint and/or Motion for Summary Judgment on the Grounds of Qualified Immunity and Protections Afforded Under the New Mexico Torts Claims Act, and the Court being fully advised in the premises finds that the Motion is well-taken.  The Court finds good cause for granting the motion.

**IT IS THEREFORE ORDERED** that the page limitation on Plaintiffs' Response Brief to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint and/or Motion for Summary Judgment on the Grounds of Qualified Immunity and Protections Afforded Under the New Mexico Torts Claims Act is hereby extended to 36 pages with 116 pages of exhibits.

_____
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

**JOEL T. NEWTON, P.A.**

By: *Joel T. Newton*
     JOEL T. NEWTON
     1020 S. Main Street
     Las Cruces, NM 88005
     (575) 525-8202

     and

     Kenneth G. Egan
     1111 E. Lohman
     Las Cruces, NM 88001
     (575)523-2222
     *Attorneys for Plaintiffs*

Approved:

HINKLE SHANOR LLP

By: Electronic Approval Given 12/15/15
     Stephen S. Shanor
     Richard E. Olson
     P O Box 10
     Roswell, NM 88202-0010
     575-622-6510
     *Attorneys for Defendants*