IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHAEL SMITH, as next friend and
Mother of SABASTION TOWLER,
ETHAN TOWLER, and JESSIE TOWLER,
And CHARLIE NELMS, as next friend and
Mother of NOAH TOWLER-NELMS and
SHERRIE TOWLER, individually, and
as Personal Representative of the Estate
of CODY TOWLER, Deceased,

        Plaintiffs,

vs.                                      CASE NO. 2:15-CV-01004 KG/KRS

CITY OF ROSWELL, a New Mexico
Municipality, PHILLIP SMITH,
JONATHON KELTON, JORGE ARROYO-
JAIME, and DYLAN THOMAS, Individually
And as agents and employees of the
City of Roswell,

        Defendants.

AGREED ORDER GRANTING
EXTENSION OF RESPONSE DEADLINES TO SUBMIT SUPPLEMENTAL BRIEFS

      THIS MATTER having come before the Court on the parties' Motion to Extend

Response Deadlines for Supplemental Briefs, and the Court being fully advised in the premises

finds that the Motion is well-taken. The Court finds good cause for granting the motion.

      IT IS THEREFORE ORDERED that response deadlines for supplemental briefs, as

ordered to be filed by the Court in its May 25, 2017, Memorandum Opinion and Order, shall

hereby be extended as follows: Plaintiffs' initial supplemental brief shall be due on or before

June 16, 2017, Defendants' Response shall be due on or before June 30, 2017, and any reply by

Plaintiffs shall be due July 14, 2017.

                                            _____
                                        UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

**JOEL T. NEWTON, P.A.**


By: *Joel T. Newton*
        JOEL T. NEWTON
        1020 S. Main Street
        Las Cruces, NM 88005
        (575) 525-8202

            and

        Kenneth G. Egan
        1111 E. Lohman
        Las Cruces, NM  88001
        (575)523-2222
        *Attorneys for Plaintiffs*

Approved:

HINKLE SHANOR LLP


By: Electronic Approval Given 6/8/17
        Stephen S. Shanor
        Richard E. Olson
        P O Box 10
        Roswell, NM  88202-0010
        575-622-6510
        *Attorneys for Defendants*