IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL SMITH, as next friend and Mother of
SEBASTION TOWLER, ETHAN TOWLER, and
JESSIE TOWLER, and CHARLIE NELMS, as
next friend and mother of NOAH TOWLER-
NELMS and SHERRIE TOWLER, individually
and as Personal Representative of the Estate of
CODY TOWLER,

      Plaintiffs,

v.

Case No.: 2:15-CV-01004 KG/KRS

CITY OF ROSWELL, a New Mexico
municipality; PHILLIP SMITH, JONATHON
KELTON, JORGE ARROYO-JAIME and
DYLAN THOMAS, individually and as agents
and employees of the City of Roswell,

      Defendants.

## AGREED ORDER GRANTING JOINT MOTION TO STAY BRIEFING SCHEDULE

**THIS MATTER** having come before the Court upon the Joint Motion of the parties to stay the briefing scheduled of the Amended Memorandum Opinion and Order (Doc. 29) and extended by the Agreed Order Granting Extension of Response Deadlines to Submit Supplemental Briefs (Doc. 28), and the Court having considered the Motion finds the Motion to be well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Briefing scheduled by the Amended Memorandum Opinion and Order (Doc. 29), and extended by the Agreed Order (Doc. 28) be and hereby is stayed until further Order of the Court.

                                                                                                  UNITED STATES DISTRICT JUDGE

Submitted and Approved by:

**HINKLE SHANOR LLP**

*/s/ Stephen S. Shanor*
Richard E. Olson, Esq.
Stephen S. Shanor, Esq.
P.O. Box 10
Roswell, NM 88202-0010
575-622-6510
rolson@hinklelawfirm.com
ssshanor@hinklelawfirm.com
*Attorneys for Defendants*

**JOEL T. NEWTON PA**

*Electronically Approved 06/28/17*
Joel T. Newton
1020 S. Main Street
Las Cruces, NM 88005
575-525-8202
jnewton@zianet.com

AND
Kenneth G. Egan
KENNETH G. EGAN LAW OFFICE
1111 E. Lohman
Las Cruces, NM 88001
575-523-2222
kennethgegan@yahoo.com