IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL SMITH, as next friend and mother of
SEBASTION TOWLER, ETHAN TOWLER, and
JESSIE TOWLER, and CHARLIE NELMS, as next
Friend and mother of NOAH TOWLER-NELMS, and
SHERRIE TOWLER, individually and as Personal
Representative of the Estate of CODY TOWLER,

      Plaintiffs,

v.                                            Case No. 2:15-CV-01004 KG/KRS

CITY OF ROSWELL, a New Mexico Municipality,
PHILLIP SMITH, JONATHON KELTON, JORGE
ARROYO-JAIME and DYLAN THOMAS, individually
And as agents and employees of the City of Roswell,

      Defendants.

## FINAL ORDER REMANDING CASE TO STATE COURT

**THIS MATTER** having come before the Court upon the Plaintiffs' Unopposed Motion to enter Final Order remanding the case back to State Court, the Court having considered the Motion, finds the Motion to be unopposed and to be well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the case be and hereby is remanded to the Fifth Judicial District Court, County of Chaves, State of New Mexico.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

JOEL T. NEWTON, P.A.

By:    /s/ Joel T. Newton
       Joel T. Newton
       1020 S. Main St.
       Las Cruces, NM  88005
       575-525-8202

And
       Kenneth E. Egan
       1111 E Lohman
       Las Cruces, NM  88001
       575-523-2222
       *Attorneys for Plaintiffs*

Approved as to Form:

**HINKLE SHANOR LLP**


  Electronic Approval 10/9/17
Richard E. Olson
Stephen S. Shanor
P.O. Box 10
Roswell, NM  88202-0010
575-622-6510 / 575-623-9332 Fax
rolson@hinklelawfirm.com
ssshanor@hinklelawfirm.com
*Attorneys for Defendants*